# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALSUP, WILLIAM H. | UNITED STATES DISTRICT COURT | 12/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III -- ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

*IMPORTANT NOTES:* **The instructions accompanying this form must be followed. Complete all parts,**
**checking the NONE box for each part where you have no reportable information.**

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALSUP, WILLIAM H.** | 12/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Won Over (book sale) | $1,363.85 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Retirement pension from Oakland Unified School District. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi State Foundation | February 27--March 1, 2019 | Mississippi State, MS, and Jackson, MS | Won Over Book Tour/ speaking engagements. | Transportation, hotels, receptions and meals. |
| 2. | UM Foundation | April 16--18, 2019 | Oxford, MS, Jackson, MS | Won Over Book Tour/ speaking engagements. | Transportation, hotels, receptions and meals. |
| 3. | International IP Court Conference, Patent Court of Korea | October 12--18, 2019 | Daejeon, South Korea, Seoul, Korea | Participated as speaker/ panelist at conference. | Transportation, hotels, receptions and meals. |
| 4. | Santa Clara Bar Association | November 21, 2019 | Santa Clara, California | Spoke at conference re Won Over book and experiences growing up in Mississippi in 60s | One night's hotel. |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALSUP, WILLIAM H.** | 12/01/2020 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| ALSUP, WILLIAM H. | 12/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSUP, WILLIAM H. | 12/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Charles Schwab Account | | | | | | | | | |
| 2. Schwab Money Market Fund | A | Interest | O | T | | | | | |
| 3. GNMA | A | Interest | J | T | | | | | |
| 4. Boston-Ptty Inc. Reit | C | Dividend | M | T | | | | | |
| 5. Mack Cal I Realty | B | Dividend | L | T | | | | | |
| 6. Schwab S&P 500 Index | A | Dividend | O | T | | | | | |
| 7. Wells Fargo Advisors | | | | | | | | | |
| 8. Cash Management Account | A | Interest | K | T | | | | | |
| 9. Calif St RFDG Bond | A | Interest | K | T | | | | | |
| 10. Ross Vly CA Sch. Dist. | A | Interest | K | T | | | | | |
| 11. Muni Bond County of San Franciso* | A | Interest | K | T | | | | | |
| 12. Cal St RFDG Bond | A | Interest | L | T | | | | | |
| 13. Chabot LAS Positas Bond | A | Interest | K | T | | | | | |
| 14. Citizens Bank CD | A | Interest | | | Sold | 06/19/19 | K | | |
| 15. Venture Van Annuity (John Hancock)<br>Fixed-Rate Annuity** | E | Interest | N | T | | | | | |
| 16. American Funds | | | | | | | | | |
| 17. American Bal. Fund | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALSUP, WILLIAM H.** | 12/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Capital World Growth | D | Dividend | N | T | | | | | |
| 19. American Fund Tax Ex | D | Dividend | N | T | | | | | |
| 20. Bank of America Accounts | B | Interest | M | T | | | | | |
| 21. Federal Credit (Provident) | B | Interest | M | T | | | | | |
| 22. Wisconsin Energy | A | Dividend | K | T | | | | | |
| 23. Kimberly Clark | B | Dividend | L | T | | | | | |
| 24. Halyard Health (now Avanos Medical) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSUP, WILLIAM H. | 12/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This does not include my Thrift Savings Plan funded by my government salary, according to the Help Desk for filing Financial Disclosure Reports at the AO.

\* In 2017, I bought municipal bonds of County of San Francisco, California, and should have reported it as only one line item last year but erroneously reported it as two line items (13 ande 14 lines).

\*\* Venture Van Annuity (John Hancock): In 2018, we started receiving monthly annuity payment in the monthly amount of $1029.87. There have been no purchase, sale or exchange related to the annuity.

| Name of Person Reporting | Date of Report |
|---|---|
| ALSUP, WILLIAM H. | 12/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM H. ALSUP**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544